# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California
## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 20, 2024 | **Time:** 2:28- 2:39  11 Minutes | **Judge:** Edward M. Chen |

**Case No.:** 22-cv-02130-EMC   **Case Name:** Gutzalenko et al v. City of Richmond et al

**Attorneys for Plaintiffs:** Ben Nisenbaum, James Cook
**Attorneys for Defendants:** Nicholas Fine and Scott Kanter

**Deputy Clerk:** Vicky Ayala                                **Court Reporter:** Stephen Franklin

## PROCEEDINGS HELD VIA ZOOM WEBINAR

Status Conference – held.

## SUMMARY

Parties stated appearances.

The parties met with Judge Hickson but were unable to reach a settlement. The parties have no specific plans for follow-up discussions before dispositive motions are filed. The Court instructed the parties to reach back out to Judge Hickson following dispositive motions.

Written discovery has mostly been completed. Depositions of the officers and paramedics have not been taken but will be scheduled for September.

The parties alerted the Court to expect MSJs some time after October but before the end of the year. The City also noted it plans to file a 12(c) motion, and will likely file as part of their MSJ.

The Court set the next CMC for 12/17/2024, at 2:30pm. In this CMC, the Court will want an update on the completion of discovery, the depositions taken, and the MSJs filed.

CASE CONTINUED TO: **12/17/2024 at 2:30 P.M. for Status Conference via Zoom.** Joint Status Report **due by 12/10/24.**