Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918

David J. Aleshire, City Attorney (SBN: 65022)
**CITY OF RICHMOND/CITY ATTORNEY'S OFFICE**
450 Civic Center Plaza
Richmond, CA 94804-1630
Telephone: (510) 620-6509/Facsimile: (510) 620-6518

Attorneys for Defendants
CITY OF RICHMOND, CHIEF OF POLICE BISA FRENCH,
OFFICERS TOM TRAN, MARK HALL and CEDRIC TAGORDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GUTZALENKO, Deceased, through his Co-Successors in Interest, N.G. and N.I.G., minors through their mother and Next Friend, Honey Gutzalenko, individually and as Co-successors in Interest for IVAN GUTZALENKO, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br><br>Defendants. | Case No. 22-cv-02130-EMC<br><br>**DECLARATION OF NICHOLAS D. FINE IN SUPPORT OF DEFENDANTS CITY OF RICHMOND, CHIEF OF POLICE BISA FRENCH, OFFICERS TOM TRAN, MARK HALL AND CEDRIC TAGORDA'S ADMINISTRATIVE MOTION TO FILE MATERIAL UNDER SEAL**<br><br>DATE:    March 6, 2025<br>TIME:    1:30 p.m.<br>DEPT:    Courtroom 5, 17th Floor<br>JUDGE:   Hon. Edward M. Chen |

I, Nicholas D. Fine, if called upon to testify will competently testify as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California and the United States District Court – Northern District of California. I am an attorney with the law firm of Orbach Huff + Henderson LLP, and one of the attorneys of record for Defendants CITY OF RICHMOND ("City"), CHIEF OF POLICE BISA FRENCH ("Chief French"), and OFFICERS TOM TRAN, MARK HALL and CEDRIC TAGORDA ("Officers") (collectively, "City Defendants") in the above-referenced matter. If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this Declaration, except as to those matters that are stated on information and belief herein.

2. This declaration is presented in support of City Defendants' request to file certain materials under seal. The documents at issue sought to be sealed have not been the subject of a previous request to file under seal.

3. The parties entered into a stipulated Protective Order, filed and entered by this Court on September, 2022 (Dkt. 24). The Protective Order allowed the parties to disclose otherwise protected and privileged records. In relevant part, the Protective Order provides, in summary, that documents may be designated as "confidential" if they constitute official records and information. The exhibits referenced below are official records derived from the investigation maintained by the Richmond Police Department of the incident giving rise to this litigation and have been designated as confidential. Therefore, City Defendants seek leave to file these exhibits under seal.

4. City Defendants respectfully seek an order authorizing them to file the following exhibits under seal:

**Exhibit 5** to the Declaration of Nicholas D. Fine: A true and correct copy of the video from Officer Tran's body-worn camera for the subject incident.

**Exhibit 6** to the Declaration of Nicholas D. Fine: A true and correct copy of the video from Officer Tagorda's body-worn camera for the subject incident.

**Exhibit 9** to the Declaration of Nicholas D. Fine: A true and correct copy of the video from Officer Hall's body-worn camera for the subject incident.

///

1. The above-refenced videos were taken from the body-worn cameras of the involved officers and are part of the official investigation and records maintained by the Richmond Police Department.

5. I recognize that there is a strong presumption of access in civil cases. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Accordingly, this Application for seal pertains only to exhibits where I believe there are compelling reasons to seal. Cal. Evid. Code § 1040; *Jessup v. Superior Court of Santa Clara County*, 151 Cal.App.2d 102, 108 (1957) ("It is not only where a witness requests that his statement by kept in confidence, but in all cases of crime investigation that the record and reports are privileged."); *Youngblood v. Gates*, 112 F.R.D. 342, 345-347 (C.D. Cal. 1985).

6. Additionally, these records cannot be redacted. The protection of witnesses and the involved officers is important to a fair review of the evidence and security of those involved. Accordingly, good cause and compelling reasons exist in order to best preserve the evidence and protect the witnesses and individuals involved in this incident.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of January, 2025, in Pleasanton, California.

                                   */s/ Nicholas D. Fine*
                                  Nicholas D. Fine

ORBACH HUFF & HENDERSON LLP