# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** March 25, 2025 | **Time:** 2:30- 2:38<br>8 Minutes | **Judge:** Edward M. Chen |
| **Case No.**: 22-cv-02130-EMC | **Case Name:**  Gutzalenko et al v. City of Richmond et al | |

**Attorney for Plaintiffs:** Ben Nisenbaum
**Attorneys for Defendants:** Nicholas Fine and Scott Kanter

| | |
|---|---|
| **Deputy Clerk:** Vicky Ayala | **Court Reporter:** Stephen Franklin |

## PROCEEDINGS HELD VIA ZOOM WEBINAR

Status Conference – held.

## SUMMARY

Parties stated appearances.

Parties stated appearances. Parties had a settlement conference before Judge Hixson, but did not reach resolution. Parties discussed further ADR but would like a ruling on the various pending MSJs before next settlement conference.

There are two pending Motions for Summary Judgment, set for June 26, 2025. Defendants requested MSJ rulings before proceeding to further discovery. Parties are open to meeting with Judge Hixson after motions are resolved by this court. Judge Chen to coordinate with Judge Hixson for a possible settlement conference in July/August.

Parties discussed upcoming deadlines and proposed continuing the remaining deadlines to allow the Court to adjudicate the motions for summary judgment prior to the parties incurring these expenses.  The proposed dates include the following:

- September 25, 2025: Close of non-expert discovery and expert disclosures
- October 16, 2025: Rebuttal of expert disclosure
- November 6, 2025: Close of expert discovery
- November 14, 2025: filing of Motions-In-Limine
- December 3, 2025: Other Pre-Trial filings
- December 16, 2025: Final Pre-Trial Conference (remains the same)
- January 12, 2026: Trial (remains the same)

Judge Hixson has confirmed with the Court his availability July/August, so the above dates are ordered. Parties to contact Judge Hixson to set date for further Settlement Conference.