BARRY C. MARSH, ESQ. (SBN 99908)
SCOTT R. KANTER, ESQ. (SBN 199696)
JACKIE CHING, ESQ. (SBN 353445)
**HINSHAW, MARSH, STILL & KANTER, LLP**
12901 SARATOGA AVENUE
SARATOGA, CALIFORNIA 95070
Phone: (408) 861-6500
Fax: (408) 257-6645
Email: bmarsh@hinshaw-law.com
Email: skanter@hinshaw-law.com
Email: jching@hinshaw-law.com

Attorneys for Defendants AMERICAN MEDICAL RESPONSE WEST (errantly sued herein as "AMERICAN MEDICAL RESPONSE, a corporate entity") and DAMON RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GUTZALENKO, Deceased, through his Co-Successors in Interest, N.G. and N.I.G., minors through their mother and Next Friend, Honey Gutzalenko, individually and as Co-successors in Interest for IVAN GUTZALENKO, Deceased,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a public entity; RICHMOND CHIEF OF POLICE BISA FRENCH, in her individual and official capacities; RICHMOND POLICE OFFICERS TOM TRAN, MARK HALL, and CEDRIC TAGORDA; and DOES 1-10, Jointly and Severally,<br><br>                    Defendants. | Case No.: 3:22-CV-02130-EMC<br><br>**DEFENDANTS AMERICAN MEDICAL RESPONSE WEST (errantly sued herein as "AMERICAN MEDICAL RESPONSE, a corporate entity") and DAMON RICHARDSON WITNESS LIST**<br><br>Complaint filed: April 4, 2022<br>FAC filed: June 22, 2023<br>SAC filed: August 9, 2023 |

**DEFENDANTS AMERICAN MEDICAL RESPONSE WEST (errantly sued herein as "AMERICAN MEDICAL RESPONSE, a corporate entity") and DAMON RICHARDSON WITNESS LIST**

1

DEFENDANTS AMERICAN MEDICAL RESPONSE WEST (errantly sued herein as "AMERICAN MEDICAL RESPONSE, a corporate entity") and DAMON RICHARDSON WITNESS LIST
No. 3:22-CV-02130-EMC

| No. | Witness | Nature Of Testimony | Time On Direct | Time on Cross |
|---|---|---|---|---|
| 1. | Honey Gutzalenko | Witness will testify regarding Mr. Gutzalenko work history, history of supporting his children financially and emotionally, and relationship with his children. | | 1.5 hours |
| 2. | Plaintiff N.G. | Plaintiff will testify regarding their relationship with Mr. Gutzalenko and the effect of his death upon them. | | 1 Hour |
| 3. | Plaintiff N.I.G. | Plaintiff will testify regarding their relationship with Mr. Gutzalenko and the effect of his death upon them. | | 1 Hour |
| 4. | Defendant Officer Tom Tran | Defendant will testify regarding the facts related to the incident, his observations at the scene, and his actions during the incident. | | 0.5 hours |
| 5. | Defendant Officer Mark Hall | Defendant will testify regarding the facts related to the incident, his observations at the scene, and his actions during the incident. | | 0.5 hours |
| 6. | Defendant Officer Cedric Tagorda | Defendant will testify regarding the facts related to the incident, his observations at the scene, and his actions during the incident. | | 0.5 hours |
| 7. | Defendant Damon Richardson | AMRW EMT Damon Richardson will testify regarding his observations of the scene, and his actions and observations while providing medical aid to Ivan Gutzalenko, and injecting Mr. Gutzalenko with versed. | 1.5 Hours | |
| 8. | Arnold Josselson, M.D. | Dr. Josselson will testify as a percipient expert regarding the facts related to the incident, specifically regarding the autopsy of Ivan Gutzalenko performed by him for Contra Costa County, and Gutzalanko's cause and manner of death. | | 0.5 Hours |
| 9. | Barry Simon, M.D. | Emergency Medicine expert. Dr. Simon will testify regarding the use of Versed/Midazolam, consent not | 1.5 hours | |

2
**DEFENDANTS AMERICAN MEDICAL RESPONSE WEST (errantly sued herein as "AMERICAN MEDICAL RESPONSE, a corporate entity") and DAMON RICHARDSON WITNESS LIST**
No. 3:22-CV-02130-EMC

Law Offices of
HINSHAW, MARSH, STILL & KANTER
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

| No. | Witness | Nature Of Testimony | Time On Direct | Time on Cross |
|---|---|---|---|---|
|  |  | being required to obtained, the effects of injecting Gutzalenko, cause and manner of death. |  |  |
| 10. | Neil Benowitz, M.D. | Toxicologist Expert. Dr. Benowitz will testify regarding cause and manner of death. | 1.5 hours |  |
| 11. | John MacGregor, M.D. | Cardiologist Expert. Dr. MacGregor will testify regarding cause and manner of death. | 1.5 hours |  |
| 12. | Erik Volk | Defendants' economic expert. Will testify regarding the economic damages claimed by Plaintiffs as well as rebuttal of Plaintiffs' economic expert's testimony. | 1.5 hours |  |
| 13. | Laura Kootstra, R.N. | Ms. Kootstra will testify regarding Mr. Gutzalenko work history. | 1 Hours |  |

Dated:  December 23, 2025             HINSHAW, MARSH, STILL & KANTER, LLP

                                                  */s/ Barry C. Marsh*
                                              BARRY C. MARSH, ESQ.
                                              SCOTT R. KANTER, ESQ.
                                              JACKIE CHING, ESQ.
                                              Attorneys for Defendants AMERICAN MEDICAL RESPONSE WEST (errantly sued herein as "AMERICAN MEDICAL RESPONSE, a corporate entity") and DAMON RICHARDSON

Law Offices of
**HINSHAW, MARSH, STILL & KANTER**
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

3

**DEFENDANTS AMERICAN MEDICAL RESPONSE WEST (errantly sued herein as "AMERICAN MEDICAL RESPONSE, a corporate entity") and DAMON RICHARDSON WITNESS LIST**
No. 3:22-CV-02130-EMC

# **CERTIFICATE OF SERVICE**

I hereby certify on December 23, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all individuals at the e-mail addresses denoted on the Electronic Mail Notice List for this case with the United States District Court for the Northern District of California.

                                       /s/ Lynda Vargem
                                       LYNDA VARGEM

Law Offices of
**HINSHAW, MARSH, STILL & KANTER**
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

4

**DEFENDANTS AMERICAN MEDICAL RESPONSE WEST (errantly sued herein as "AMERICAN MEDICAL RESPONSE, a corporate entity") and DAMON RICHARDSON WITNESS LIST**
No. 3:22-CV-02130-EMC