United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN GUTZALENKO, et al.,

          Plaintiffs,

   v.

CITY OF RICHMOND, et al.,

          Defendants.

Case No.  22-cv-02130-EMC

**VERDICT FORM**

United States District Court
Northern District of California

# SECTION A: LIABILITY

## QUESTION 1

Do you find by a preponderance of the evidence that Officer Tom Tran committed any of the following:

Negligence:    YES: _____    NO: _X_

Battery:    YES: _____    NO: _X_

## QUESTION 2

Do you find by a preponderance of the evidence that Officer Mark Hall committed any of the following:

Negligence:    YES: _____    NO: _X_

Assault:    YES: _____    NO: _X_

Battery:    YES: _____    NO: _X_

## QUESTION 3

Do you find by a preponderance of the evidence that Officer Cedric Tagorda committed any of the following:

Negligence:    YES: _____    NO: _X_

Battery:    YES: _____    NO: _X_

*(Continue to next page)*

1

*If you answered "YES" to any part of any of Questions 1, 2, or 3, proceed to the following questions where applicable.  If you answered "NO" to every part of each of Questions 1, 2, and 3, skip the remaining questions and sign the verdict form.*

## QUESTION 4a

*Only answer Question 4a if you answered "YES" for any claim in Question 1.*

Do you find by a preponderance of the evidence that Officer Tom Tran's conduct was a substantial factor in causing harm to Ivan Gutzalenko **before his death**?

Negligence:    YES: _____    NO: _____

Battery:         YES: _____    NO: _____

## QUESTION 4b

*Only answer Question 4b if you answered "YES" for any claim in Question 1.*

Do you find by a preponderance of the evidence that Officer Tom Tran's conduct was a substantial factor in causing Ivan Gutzalenko's death?

Negligence:    YES: _____    NO: _____

Battery:         YES: _____    NO: _____

*(Continue to next page)*

2

**QUESTION 5a**

*Only answer Question 5a if you answered "YES" for any claim in Question 2.*

Do you find by a preponderance of the evidence that Officer Mark Hall's conduct was a substantial factor in causing harm to Ivan Gutzalenko **before his death**?

Negligence:    YES: _____    NO: _____

Assault:    YES: _____    NO: _____

Battery:    YES: _____    NO: _____

**QUESTION 5b**

*Only answer Question 5b if you answered "YES" for any claim in Question 2.*

Do you find by a preponderance of the evidence that Officer Mark Hall's conduct was a substantial factor in causing Ivan Gutzalenko's death?

Negligence:    YES: _____    NO: _____

Battery:    YES: _____    NO: _____

*(Continue to next page)*

United States District Court
Northern District of California

3

**QUESTION 6a**

*Only answer Question 6a if you answered "YES" for any claim in Question 3.*

Do you find by a preponderance of the evidence that Officer Cedric Tagorda's conduct was a substantial factor in causing harm to Ivan Gutzalenko **before his death**?

Negligence:   YES: _____   NO: _____

Battery:   YES: _____   NO: _____

**QUESTION 6b**

*Only answer Question 6b if you answered "YES" for any claim in Question 3.*

Do you find by a preponderance of the evidence that Officer Cedric Tagorda's conduct was a substantial factor in causing Ivan Gutzalenko's death?

Negligence:   YES: _____   NO: _____

Battery:   YES: _____   NO: _____

*If you answered YES to any part of Questions 4a, 4b, 5a, 5b, 6a, or 6b, continue to Questions 7 and 8.  If you answered NO to each and every part of Questions 4a, 4b, 5a, 5b, 6a, and 6b, then skip the remaining questions and sign the verdict form.*

4

## SECTION B: DAMAGES

**QUESTION 7**

If you find that the wrongful conduct of any one or more of Defendants (Officer Tran, Officer Hall, or Officer Tagorda) was a substantial factor in causing harm to Ivan Gutzalenko **before his death** as found in Questions 1-6 above, what are Plaintiffs' total damages for Ivan Gutzalenko's harm **before death**?

$ _____

**QUESTION 8**

If you find that the negligence or battery of any one or more of Defendants (Officer Tran, Officer Hall, or Officer Tagorda) was a substantial factor in causing Ivan Gutzalenko's **death** as found in Questions 1-6 above, what are Plaintiff's total damages for the wrongful **death** of Ivan Gutzalenko?

Economic damages:          $ _____

Non-economic damages:      $ _____

*(Continue to next page)*

United States District Court
Northern District of California

5

## SECTION C: APPORTIONMENT

*If you find any of Defendant Officer Tran, Officer Hall, or Officer Tagorda was negligent and that negligence caused harm to Ivan Gutzalenko **before his death** (and thus answered YES in Questions 4a, 5a, or 6a), answer Questions 9 and 10. If you do not so find, skip Questions 9 and 10 and go to Question 11-13.*

## QUESTION 9

Do you find by a preponderance of the evidence that Ivan Gutzalenko was negligent and that his negligence was a substantial factor in causing harm to himself **before his death**?

YES: _____    NO: _____

## QUESTION 10

If you find that that two or more persons (among Officer Tran, Officer Hall, Officer Tagorda, and Ivan Gutzalenko) were responsible for that harm **before Gutzalenko's death**, what percentage of fault (0 to 100%) do you assign to the following individuals? Total percentages must equal one hundred percent (100%).

Officer Tom Tran: _____ %

Officer Mark Hall: _____ %

Officer Cedric Tagorda: _____ %

Ivan Gutzalenko: _____ %

**Total:**                    **100 %**

*(Continue to next page)*

*If you find any of Defendant Officer Tran, Officer Hall, or Officer Tagorda was negligent and that negligence caused Ivan Gutzalenko's **death** (and thus answered YES in Questions 4b, 5b, or 6b), answer Questions 11, 12, and 13.*

**QUESTION 11**

Do you find by a preponderance of the evidence that Ivan Gutzalenko was negligent and that his negligence was a substantial factor in causing his **death**?

YES: _____    NO: _____

**QUESTION 12**

Do you find by a preponderance of the evidence that Paramedic Damon Richardson was at fault and that this fault was a substantial factor in causing Gutzalenko's **death**?

YES: _____    NO: _____

**QUESTION 13**

If you find that two or more persons (among Officer Tran, Officer Hall, Officer Tagorda, Ivan Gutzalenko, and Damon Richardson) were responsible for Gutzalenko's **death**, what percentage of fault (0 to 100%) do you assign to the following individuals? Total percentages must equal one hundred percent (100%).

Officer Tom Tran: _____ %

Officer Mark Hall: _____ %

Officer Cedric Tagorda: _____ %

Paramedic Damon Richardson: _____ %

Ivan Gutzalenko: _____ %

**Total:**                    **100 %**

*(Continue to next page)*

United States District Court
Northern District of California

**This is the end of the verdict form.**

**The presiding juror should sign and date below, then notify the courtroom deputy that you**

**have reached a verdict.**

Date: 2/9/26               Signature (Jury Foreperson):